IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| SMART WEARABLE TECHNOLOGIES INC., | § § § | |
| Plaintiff, | § § | Case No. 3:17-cv-00021-GEC |
| v. | § § § | **JURY TRIAL DEMANDED** |
| LG ELECTRONICS U.S.A., INC., | § § | |
| Defendant. | § | |

**JOINT MOTION TO DISMISS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff Smart Wearable Technologies Inc. ("SWT") and Defendant LG Electronics U.S.A., Inc. ("LG") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by SWT against LG with prejudice and LG's declaratory judgment counterclaims against SWT with prejudice. Such a dismissal will resolve all claims pending in this matter.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A Proposed Order is submitted herewith.

Dated: October 12, 2017.

/s/ Mark D. Obenshain
Mark D. Obenshain (VSB # 27476)
Justin M. Wolcott (VSB # 83367)
OBENSHAIN LAW GROUP
420 Neff Avenue, Suite 130
Harrisonburg, VA 22801
Telephone: (540) 208-0727
Facsimile: (540) 266-3568
Email: mdo@obenshainlaw.com
Email: jmw@obenshainlaw.com
**COUNSEL FOR PLAINTIFF SMART WEARABLE TECHNOLOGIES INC.**

*Of Counsel:*

Michael T. Cooke (*Admitted Pro Hac Vice*)
Corby R. Vowell (*Admitted Pro Hac Vice*)
Richard A. Wojcio Jr. (*Admitted Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: mtc@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

Dated: October 12, 2017.

/s/ Jamie B. Beaber
Jamie B. Beaber (*pro hac vice*)
Tiffany A. Miller (VSB No. 75199)
MAYER BROWN LLP
1999 K Street NW
Washington, D.C. 60606
(202) 263-3000
Email: jbeaber@mayerbrown.com
tmiller@mayerbrown.com

Robert G. Pluta (*pro hac vice*)
Amanda K. Streff (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email : rpluta@mayerbrown.com
astreff@mayerbrown.com

William R. Rakes (VSB No. 3481)
Michael J. Finney (VSB No. 78484)
GENTRY LOCKE
10 Franklin Rd., S.E., Ste. 900
P.O. Box 40013
Roanoke, VA 24022-0013
(540) 983-9300
Fax: (540) 983-9400
E-mail: rakes@gentrylocke.com
finney@gentrylocke.com

**COUNSEL FOR DEFENDANT LG ELECTRONICS U.S.A., INC.**